IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| PARK 80 HOTELS, LLC, a Louisiana limited liability company, individually, and on behalf of a class of similarly situated individuals and entities, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>HOLIDAY HOSPITALITY FRANCHISING, LLC, et al.,<br><br>Defendants. | 1:21-CV-04650-ELR |

**O R D E R**

By Orders dated December 29, 2021, and March 23, 2022, the Court consolidated each of the following five (5) actions into the above-captioned case for pretrial purposes only:

- <u>PH Lodging Tomball, LLC v. Holiday Hospitality Franchising, LLC</u>, Civil Action No. 1:21-CV-05072-ELR;

- <u>Bensalem Lodging Associates LLC v. Holiday Hospitality Franchising, LLC</u>, Civil Action No. 1:21-CV-05081-ELR;

- <u>Synergy Hotels, LLC v. Holiday Hospitality Franchising, LLC</u>, Civil Action No. 1:21-CV-05164-ELR;

- 110 Sunport LLC v. Holiday Hospitality Franchising, LLC, Civil Action No. 1:22-CV-00456-ELR; and

- Aaron Hotel Group, LLC v. Holiday Hospitality Franchising, LLC et al., Civil Action No. 1:22-CV-00838-ELR.

[See Docs. 60, 64].[1]  Subsequently, the plaintiff in Bensalem Lodging Associates voluntarily dismissed its claims with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  See Notice of Dismissal with Prejudice, Bensalem Lodging Assocs., Civil Action No. 1:21-CV-05081-ELR, ECF No. 39.

At present, the PH Lodging, Synergy Hotels, 110 Sunport, and Aaron Hotel Group cases (collectively, the "Active Non-Lead Cases") all remain open, even though pretrial proceedings in the above-captioned consolidated action are currently scheduled to continue for approximately the next year.[2]  [See Doc. 93].  Because there will be no activity in the Active Non-Lead Cases for the next year, the Court **DIRECTS** the Clerk to **ADMINISTRATIVELY CLOSE** each of them for the present.[3]  The Court further **DIRECTS** the Clerk to docket this order in both the above-captioned case and each of the Active Non-Lead Cases.

---

[1] All citations to docket entries herein refer to documents filed in Park 80 Hotels LLC v. Holiday Hospitality Franchising, LLC, Civil Action No. 1:21-CV-04650-ELR.

[2] As noted above, the case numbers for the Active Non-Lead Cases are as follows: PH Lodging, Civil Action No. 1:21-CV-05072-ELR; Synergy Hotels, LLC, Civil Action No. 1:21-CV-05164-ELR; 110 Sunport, Civil Action No. 1:22-CV-00456-ELR; Aaron Hotel Group, Civil Action No. 1:22-CV-00838-ELR.

[3] The Court is cognizant is that it has not yet decided whether the cases presently consolidated in Park 80 will be tried together or separately.  [See Doc. 64 at 4].  In this regard, the Court notes that administrative closure does not affect the rights of any Party.  Any Party may move to reopen one of the cases this order administratively closes at any time should it believe such relief is warranted.

**SO ORDERED**, this 28th day of April, 2023.

                                                  Eleanor L. Ross
                                                  United States District Judge
                                                  Northern District of Georgia